UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CMR CONSTRUCTION & ROOFING, LLC
a/a/o JAMES C. RAIES and ELIZABETH A. RAIES,

CASE NO.:  2:19-CV-00400

   Plaintiff,

vs.

PROGRESSIVE PROPERTY INSURANCE COMPANY,

   Defendant.
_____/

**NOTICE OF REMOVAL
AND MEMORANDUM IN SUPPORT**

Pursuant to 28 U.S.C. Section 1446, the Defendant, PROGRESSIVE PROPERTY INSURANCE COMPANY, by and through its undersigned attorney, files this Notice of Removal of this action from the Circuit Court of Lee County, Florida to the United States District Court of the Middle District of Florida, Fort Myers Division, and as grounds for removal, Defendant states as follows as its memorandum in support:

MEMORANDUM IN SUPPORT OF REMOVAL

1. The Plaintiff filed this civil action involving allegations of damages resulting from hurricane wind damage which occurred on September 11, 2017.

2. The Defendant, PROGRESSIVE PROPERTY INSURANCE COMPANY, was served with a Summons and copy of the Complaint on May 14, 2019.

3. The territory assigned to the United States District Court for the Middle District of Florida under 28 U.S.C. § 89 includes Lee County, Florida.

4. Pursuant to 28 U.S.C. Section 1446 (a) and Local Rule 4.02 (b), M.D. Fla. Rules,

attached hereto are true and legible copies of all process, pleadings, papers and exhibits on file in the state court file of Circuit Civil Case No. 19-CA-002142, marked as Composite EXHIBIT "A."

5. The Complaint alleges that the Plaintiff is a foreign limited liability company, authorized to conduct business in Lee County, Florida. As a foreign limited liability company, the Plaintiff's current Principal Place of Business is 3006 North Lindbergh Boulevard, Suite 703, St. Ann, Missouri, 63074 (see attached Exhibit "B").

6. The Defendant, PROGRESSIVE PROPERTY INSURANCE COMPANY, is a Florida corporation.

7. Plaintiff does not request damages in a specific amount, but instead, alleges damages "exceeding $15,000, exclusive of costs and fees" to satisfy the jurisdictional requirements of the Circuit Court. However a reasonable reading of the allegations of the Complaint and the attachments hereto, as well as the statutory provisions sued under collectively indicate that the amount in controversy will exceed $75,000.00. Specifically:

    a. The Plaintiff attaches the applicable insurance policy declarations page which shows that the policy limits for dwelling coverage is $288,000.00; and

    b. Exhibit 3 of Plaintiff's Complaint includes an estimate of damages for $80,426.49.

8. This Court has original jurisdiction over this civil action pursuant to 28 USC § 1332(a) in that the citizenship of the parties is completely diverse and a reasonable reading of the Complaint indicates that the amount in controversy will exceed the sum of $75,000.00. As a result, this action is one that may be removed to this Court

by the Defendant pursuant to 28 USC § 1441.

9. Venue is proper pursuant to 28 USC § 1391(a).

10. This Notice of Removal is being filed within thirty (30) days of receipt of Plaintiff's initial pleading and within one (1) year the date that the action was commenced. Therefore this Notice is timely filed pursuant to 28 USC § 1446.

11. The Defendant has not previously attempted to remove this action.

12. By reason of the above, the Defendant is entitled to remove this action to this Court.

WHEREFORE, Defendant submits that the removal of this action from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, to this Court is proper, and Defendant respectfully requests that this Court exercise its jurisdiction.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of June, 2019, the foregoing was electronically filed with the Clerk of the Court using the Florida E-Portal system, which will send a notice of electronic filing to all parties of record as follows:

Harold Y. Levy, Esquire
Joseph Saka, Esquire
2601 E. Oakland Park Boulevard, Suite 503
Ft. Lauderdale, FL 33306
service@HLLawGroup.com
joseph@HLLawGroup.com
Barbara@HLLawgroup.com
*Counsel for Plaintiffs*

                                        GOODIS THOMPSON & MILLER, P.A.

                                        _____
                                        CHANDRA L. MILLER, ESQUIRE
                                        FL Bar No. 0144320
                                        PO Box 90
                                        St. Petersburg, Florida 33731
                                        T: 727.823.0540
                                        F: 727.823.0230
                                        Designated Email: GTMService@gtmlegal.com
                                        *Attorney for Defendant Progressive*

**2019 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M06000000538

Entity Name: CMR CONSTRUCTION & ROOFING, LLC

**FILED**
**Feb 10, 2019**
**Secretary of State**
**0837049742CC**

**Current Principal Place of Business:**

3006 NORTH LINDBERGH BLVD, SUITE 703
ST ANN, MO 63074

**Current Mailing Address:**

3006 NORTH LINDBERGH BLVD., SUITE 703
ST ANN, MO 63074

**FEI Number:** 71-0873844

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                   Date

**Authorized Person(s) Detail :**

Title             MGRM
Name           SOULE, STEVEN M
Address       1710 LAKEMERE DR
City-State-Zip:   PROSPER TX 75078-8613

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: STEVEN SOULE                                             CEO                               02/10/2019

Electronic Signature of Signing Authorized Person(s) Detail                                       Date


EXHIBIT "B"