UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CMR CONSTRUCTION & ROOFING LLC,

      Plaintiff,

v.                                           Case No.: 2:19-cv-400-FtM-38NPM

PROGRESSIVE PROPERTY
INSURANCE COMPANY,

      Defendant.
_____/

## ORDER[1]

Before the Court is the parties' Joint Stipulation to Remand to State Court (Doc. 31). Plaintiff CMR Construction & Roofing LLC sued Defendant Progressive Property Insurance Company in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida on April 13, 2019. (Doc. 1-1). Progressive thereafter removed the case to this Court. (Doc. 1). The parties now stipulate to remanding the case to the state court because "they have discovered that this Court lacks jurisdiction." (Doc. 31).

Accordingly, it is now

**ORDERED:**

(1) The parties' Joint Stipulation to Remand to State Court (Doc. 31) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) This case is **REMANDED** to the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida.

(3) The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida.

(4) The Clerk is **DIRECTED** to terminate pending motions and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of September, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record